JOHN C. HARRIS, Appellant, *v.* WARREN CURTIS et al.,
Respondents.

*Harris* v. *Curtis,* 139 App. Div. 393, affirmed.
(Argued May 4, 1914; decided June 2, 1914.)

APPEAL from a final judgment entered October 27, 1911, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which affirmed an interlocutory judgment determining the rights, shares

and interests of the parties in certain real property and directing a partition thereof entered upon a decision of the court at a Trial Term without a jury.

*Nash Rockwood* for appellant.

*James McPhillips* and *John H. Barker* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.    Absent: WILLARD BARTLETT, Ch. J.